[No. 8219–1–I.   Division One.   May 18, 1981.]

PAPA'S PASTA, INC., ET AL, *Appellants,* v. WALTER N'S
RESTAURANTS, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 78–2–00123–6, Carolyn R. Dim-
mick, J., entered November 5, 1979. *Affirmed* by unpub-

lished opinion per Callow, J., concurred in by James, C.J., and Ringold, J.